

## CERTIFICADO

**LUZ CONTRERAS MORA**, residente en la ciudad de Dallas Texas, en calidad de CEO de **GPG Corporation LLC** distribuidora autorizada de productos **ROYAL PRESTIGE**, doy constancia que el señor **CÉSAR AUGUSTO ROMERO CABALLERO**, de nacionalidad colombiana, ingresó a mi empresa para recibir capacitación sobre las características, bondades del material con que están elaborados los productos y utensilios de cocina de la marca **ROYAL PRESTIGE**, al igual que recibió capacitación sobre estrategias de ventas.

El señor **CÉSAR ROMERO CABALLERO** llegó a nuestra empresa a capacitarse durante el periodo 20 de septiembre de 2023 al 22 de noviembre de 2023, con el fin de convertirse en mayorista y distribuidor autorizado de los productos **Royal Prestige**. Durante este periodo asistió todos los días desde las 9:30 de la mañana hasta la 1.00 de la tarde; en las horas de la tarde, el señor **Romero Caballero** acompañaba al supervisor y al equipo de ventas en los trabajos de campo en las citas con los clientes, para aprender las estrategias de ventas; de la misma manera el señor **César Romero**, demostró ser una persona puntual, responsable, comprometido con las tarea, de gran recepceptividad a la capacitación, con destreza, habilidad y respeto al dirigirse a sus compañeros y clientes; cualidades que lo hicieron merecedor del reconocimiento entre sus compañeros del equipo de ventas y obtener un galardón como el mejor vendedor, ya que al acompañar al equipo de ventas, estos aumentaban el número de clientes y el volumen de ventas de productos Royal Prestige.

El señor **César Romero Caballero**, demostró ser un hombre probo, honesto, lleno de valores, excelente compañero, buen ser humano; cualidades que lo hicieron merecedor de nuestro aprecio y reconocimiento, como se puede evidenciar en las fotos y videos que adjuntamos y anexamos a esta certificación, ya que es requisito de nuestra empresa tomar fotos y evidencias en las visitas a los clientes y en cada cierre de ventas.

Atentamente,

**LUZ EGLIS CONTRERAS MORA**

Oficina: Dallas Texas 14,800 Quórum Drive Suite 200 Dallas Texas 75254.



## CERTIFICATE

I, **LUZ CONTRERAS MORA**, residing in the city of Dallas, Texas, as CEO of GPG Corporation LLC, authorized distributor of **ROYAL PRESTIGE** products, hereby certify that Mr. **CÉSAR AUGUSTO ROMERO CABALLERO**, of Colombian nationality, joined my company to receive training on the characteristics and benefits of the material used to make ROYAL PRESTIGE brand products and cookware, as well as sales strategy training.

Mr. **CÉSAR ROMERO CABALLERO** came to our company for training during the period of September 20, 2023, to November 22, 2023, to become a wholesaler and authorized distributor of Royal Prestige products. During this period, he attended every day from 9:30 a.m. to 1:00 p.m. In the afternoons, Mr. Romero Caballero accompanied the supervisor and sales team in the field at client appointments to learn sales strategies. Similarly, Mr. César Romero proved to be a punctual, responsible, and committed person with great receptiveness to training, with skill, ability, and respect when addressing his colleagues and clients; qualities that earned him recognition among his sales team colleagues and an award as the best salesman, since by accompanying the sales team, they increased the number of clients and the sales volume of Royal Prestige products.

Mr. César Romero Caballero proved to be an honest, upright man full of values, an excellent colleague, and a good human being; qualities that earned him our appreciation and recognition, as can be seen in the photos and videos that we attach to this certification, since it is a requirement of our company to take photos and evidence during customer visits and at each sales closing.

Sincerely,

*[signature]*

*[signature]*

**LUZ EGLIS CONTRERAS MORA**

Office: Dallas Texas 14,800 Quórum Drive Suite 200 Dallas Texas 75254.