# Cesar Romero USA

