**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**HONORABLE JAMES S. MOODY, JR.**

CASE NO. 8:23-cr-342-JSM-SPF  　　　DATE: March 26, 2025
TITLE: United States of America v. **CESAR AUGUSTO ROMERO CABALLERO**
TIME: 9:21 AM – 10:07 AM; 10:09 AM – 10:30 AM
TOTAL: 1 hour, 7 minutes

| Courtroom Deputy: Kristin Carreon | Interpreter: James Plunkett |
| --- | --- |
|  | Language: Spanish |
| Court Reporter: Tracey Aurelio | Probation: Michelle Feliciano |
| Counsel for Government: | Lauren Stoia, AUSA |
| Counsel for Defendant: | Michael Maddux, CJA |

**CRIMINAL MINUTES**

Court in session and counsel identified for the record. Interpreter sworn.

Defendant sworn and adjudicated guilty as to Count One of the Superseding Indictment.

Imprisonment: **ONE HUNDRED EIGHTY (180) MONTHS.**

Supervised Release: **SIXTY (60) MONTHS.**

Fine is **waived.**

Special Assessment: **$100.00.** This obligation is to be paid immediately.

The underlying Indictment is dismissed as to this Defendant, on the motion of the United States.

Defendant is remanded to the custody of the US Marshal to await designation by the Bureau of Prisons.

Court adjourned.